IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| **CASE NUMBER** | **CAPTION** |
|---|---|
| 8:04CR234 | USA V. Gregory I. Boert Je |
| 8:04CR239 | USA v. Paul F. Gallagher |
| 8:04CR284 (Chart) | USA v. Bobby J. Jackson |

DATED this 25th day of June, 2007.

BY THE COURT

s/ F. A. Gossett
United States Magistrate District Judge